# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICHAEL GLASSIC AND NOREEN
GORKA, INDIVIDUALLY AND AS H/W,

          Petitioners

          v.

STILLWATER LAKES CIVIC
ASSOCIATION, INC., NICHOLAS C.
HAROS, ESQUIRE, YOUNG AND
HAROS, LLC, AND GREGORY
MALASKA, ESQUIRE,

          Respondents

: No. 737 MAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.